UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARTURO REYES,

                              Plaintiff,

          -v-

DELITE FOOD SERVICE INC., ET AL.,

                            Defendants.
------------------------------------------------------------------X

12 Civ. 3168 (JMF)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/12

JESSE M. FURMAN, United States District Judge:

      On October 11, 2012, the parties in this action, brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, submitted a proposed settlement agreement and a letter explaining why the settlement should be approved. *See Wolinsky v. Scholastic Inc.*, 11 Civ. 5917 (JMF), 2012 WL 2700381, at *1-3 (S.D.N.Y. July 5, 2012) (setting forth the factors relevant to determining the fairness of FLSA settlement agreements).

      The Court, having reviewed the parties' letter, the proposed settlement agreement, and Plaintiff's counsel's time records, finds that the settlement is fair and reasonable, given both the nature and scope of Plaintiff's claim as well as the risks and expenses involved in additional litigation. *See id.* at *1-2. Further, the Court finds that the proposed award of attorney's fees, while high relative to the size of the Plaintiff's claim and recovery, is not unreasonable given counsel's actual work on the case. *See id.* at *2-3. Accordingly, the Court approves the settlement and dismisses the case with prejudice.

      The Clerk of the Court is directed to close this case. All pending motions are moot.

      SO ORDERED.

Dated: New York, New York
       October 12, 2012

                                              JESSE M. FURMAN
                                        United States District Judge